UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

                              Chapter  7

Marela Ramona Padron,          Case No. 9:16-bk-03511-FMD

      Debtor(s).

_____/

## MOTION FOR APPROVAL OF
## STIPULATION FOR REPURCHASE OF NON-EXEMPT ASSETS

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper plus an additional 3 days for service.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602, and serve a copy on the movant's attorney, *Luis E. Rivera, II*, *1715 Monroe Street, Fort Myers, FL 33901*, and a copy on Assistant U. S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.**

**If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

    COMES NOW, LUIS E. RIVERA, II, as Trustee in Bankruptcy of the above captioned matter, and he does hereby move unto this Honorable Court for approval of Stipulation For Repurchase of Non-Exempt Assets attached hereto, and as grounds therefore would state that he believes it would be in the best interest of the bankruptcy estate for the Stipulation to be approved since it allows the Debtors to repurchase their excess non-exempt assets at fair market value, and is not a compromise.

    WHEREFORE, Movant prays that the stipulation be approved and the Debtors be allowed to repurchase their excess non-exempt assets in accordance with the terms stated therein.

    Dated:       November 18, 2016

                              HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
                              Attorneys for the Trustee
                              Post Office Box 280
                              Fort Myers, Florida 33902-0280
                              239. 344.1323
                              trustee.rivera@henlaw.com


                              By: /s/ Luis E. Rivera II
                                  Luis E. Rivera II
                                  Florida Bar No. 0013913

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Marela Ramona Padron,

Chapter 7
Case No. 9:16-bk-03511-FMD

Debtor(s).
_____/

## STIPULATION FOR REPURCHASE OF NON-EXEMPT ASSETS

COME NOW, Luis E. Rivera, II, as Trustee in Bankruptcy of the above captioned case, and Debtor(s), Marela Ramona Padron, by and through their undersigned counsel, and they do hereby stipulate as follows:

1. Trustee and Debtor(s) have reached an agreement wherein Debtor(s) will repurchase the following non-exempt assets for a total purchase price of $1,785.00:

| Asset No. | Description | Purchase Price[1] |
|---|---|---|
| 3 | Household Goods & Furnishings | $ 760.00 |
| 8 | Suncoast Schools Federal Credit Union Acct | $ 525.00 |
| 9 | Security Deposit – Landlord | $ 500.00 |

Debtor shall pay the total price, together with a one-time service charge equal to $20.00 per month, at $168.75 per month, beginning December 1, 2016, with subsequent payments being due on the 15th day of each month thereafter until the entire balance has been paid in full. Said payments are to be made payable to Luis E. Rivera, II, Trustee, and sent to 1715 Monroe Street, Fort Myers, FL 33901.

2. Debtor(s) shall timely file any and all pre-petition tax returns, as well as any tax return for the year during which the petition was filed. Debtor(s) shall provide copies of said tax return(s) to the Trustee within 14 days of the filing of the return(s). To the extent Debtor(s) are entitled to any refund, Debtors shall pay to Trustee, after application of any exemption allowable under Section 222.25(3), Florida Statutes, the Estate's portion of said refund within fourteen (14) days of receipt.

3. The above described repurchase agreement is subject to Notice being sent to all creditors, and no objections being filed or higher bids being submitted. In the event a higher bid is received, Trustee shall notify Debtor(s) and arrange an auction. Further, in the event Debtor(s) is not the high bidder, for any property being repurchased at private sale, Debtor will receive a refund of any funds paid for said property.

4. In the event any payment is not made, the Trustee shall give written notice to Debtor(s) and Debtors' counsel, at the last address of record. If Debtor(s) fail to cure the default within ten days from the date of the letter, Trustee shall have the right to accelerate the remaining balance due and to file a Motion for Entry of Final Judgment for said sums together with estimated attorney's fees and costs for the need to file an adversary proceeding to deny or revoke

---

[1] Fair market value determined by Trustee less liens and exemptions.

Nov/18/2016 11:55:34 AM        USPS - Naples, FL 239-643-6823        4/9

the Debtors' discharge. A Final Judgment based on the Motion shall be entered without further notice or hearing. Further, Trustee shall have the right to file suit seeking the revocation or denial of the Debtors' discharge, as appropriate, due to the Debtor(s) failing to comply with the terms of the Stipulation.

DATED this _____ day of _____ 16 _____.

| HENDERSON FRANKLIN STARNES & HOLT | ROBERT SANCHEZ PA |
|---|---|
| 1715 Monroe Street | 355 ~~900~~ WEST 49TH STREET ~~SUITE 500~~ |
| Fort Myers, FL 33901 | HIALEAH, FL 33012 |
| (239) 344-1104 | (305) 687-8008 |
| Trustee.Rivera@henlaw.com | court@bankruptcyclinic.com |
| Attorneys for Trustee | Attorneys for Debtor(s) |

By: _____
Luis E. Rivera, II
Florida Bar No. 0013913

By: _____
ROBERT SANCHEZ
Florida Bar No. _____

V Padrón 11/07/16.